■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL WEATHERSBY, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judg-

ment unanimously affirmed. Memorandum: The hearing officer properly complied with 7 NYCRR 254.5 (b) in determining that petitioner's witnesses should testify out of his presence *(see, People ex rel. Bradley v Smith,* 115 AD2d 225). Special Term properly found no violation of 7 NYCRR 254.7 (c). (Appeal from judgment of Supreme Court, Wyoming County, Flynn, J. —habeas corpus.) Present—Hancock, Jr., J. P., Callahan, Doerr, Pine and Schnepp, JJ.